U.S. MARSHAL-DC PM1:44
RECEIVED NOV 5 '25

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
ANTWAIN PITTS

*Defendant*

Case: 1:26-mj-00203
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/5/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ANTWAIN PITTS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 11/05/2026

M.A. Upadhyaya
*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/05/2026, and the person was arrested on *(date)* 11/06/2026 at *(city and state)* Washington DC.

Date: 11/06/2026

[signature]
*Arresting officer's signature*

Stephen H. Lowe DUSM
*Printed name and title*